_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:20-cv-01380-FWS-MRW                           Date: October 20, 2023
Title: Kevin Lamar Porter v. Gian Hernandez *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:                     Attorneys Present for Defendants:

Not Present                                                         Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE STATUS REPORT**

On August 15 and August 16, 2023, Magistrate Judge Wilner conducted a settlement conference between Plaintiff Kevin Lamar Porter ("Plaintiff") and Defendants Gian Hernandez and Miriam Ha (collectively, "Defendants"). (Dkts. 112, 113.) On August 16, 2023, Judge Wilner filed a text entry indicating the parties reached "an agreement to resolve this civil action." (Dkt. 113.) Judge Wilner stayed the case for sixty days to allow the parties to formalize the agreement and ordered the parties to provide an update to the court regarding the status of the action prior to the end of the stay. (*Id.*)

The court notes that the sixty-day stay elapsed on October 17, 2023, but, as of October 18, 2023, the parties have not filed a status report. (*See generally* Dkt.) Accordingly, Plaintiff and Defendants are **ORDERED TO SHOW CAUSE**, in writing, why this case should not be dismissed for failure to prosecute and comply with court orders by **November 3, 2023**. The parties may discharge the Order to Show Cause by filing a joint status report regarding the status of the parties' settlement agreement.

Failure to comply with the court's order may result in dismissal. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 693, 699 (9th Cir. 2005)

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:20-cv-01380-FWS-MRW                              Date: October 20, 2023
Title: Kevin Lamar Porter v. Gian Hernandez *et al.*

("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances."); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution.").

    **IT IS SO ORDERED.**

                              Initials of Deputy Clerk:  mku