_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:20-cv-01380-FWS-MRW   Date: November 6, 2023
Title: Kevin Lamar Porter v. Gian Hernandez *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiff:            Attorneys Present for Defendants:

Not Present                                 Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE STATUS REPORT**

On August 15 and August 16, 2023, Magistrate Judge Wilner conducted a settlement conference between Plaintiff Kevin Lamar Porter ("Plaintiff") and Defendants Gian Hernandez and Miriam Ha (collectively, "Defendants"). (Dkts. 112, 113.) On August 16, 2023, Judge Wilner filed a text entry indicating the parties reached "an agreement to resolve this civil action." (Dkt. 113.) Judge Wilner stayed the case for sixty days to allow the parties to formalize the agreement and ordered the parties to provide an update to the court regarding the status of the action prior to the end of the stay. (*Id.*) On October 20, 2023, the court ordered the parties to show cause, in writing, why this case should not be dismissed for failure to file a joint status report. (Dkt. 115.)

On November 3, 2023, Defendant Gian Hernandez filed the "Status Update Regarding Settlement in Response to Order to Show Cause" ("Status Update"). (Dkt. 116.) The Status Update indicates the parties have not effectuated the settlement because Plaintiff has recently been transferred to several different correctional facilities and Defendant has not been able to obtain the necessary documentation and information from Plaintiff. (*Id.* at 2.) As a result,

_____

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 2:20-cv-01380-FWS-MRW                                   Date: November 6, 2023
Title: Kevin Lamar Porter v. Gian Hernandez *et al.*

Defendant Hernandez requests an additional ninety days to finalize the settlement terms and execute the settlement agreement.[1]  (*Id.* at 3.)

    The court finds good cause supports Defendant Hernandez's request for additional time to finalize and effectuate the settlement agreement.  Accordingly, the court **GRANTS** the request for a ninety-day continuance and **ORDERS** the parties to file a notice of settlement or, alternatively, a joint status report as to parties' settlement efforts by **February 6, 2024**.  The court also **DISCHARGES** the October 20, 2023, Order to Show Cause.

    **IT IS SO ORDERED.**

                                                                           Initials of Deputy Clerk:  mku

---

[1] The Status Update also states, "Plaintiff has additionally requested that this Court indicate whether it would be willing to issue an order authorizing the payment of the $500 amount to the third-party by CDCR."  (Status Update at 3.)  This request is not properly before the court at this time, and the court cannot provide legal advice to any party, including pro se litigants.

_____